```
                                                              USDC SDNY
                                                              DOCUMENT
UNITED STATES DISTRICT COURT                                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                 DOC #:_____
---------------------------------------------------------- X  DATE FILED: 5/21/2020
WUHU CHANGJIA INVESTMENT FUND, LLP,              :
a People's Republic of China limited liability   :
partnership,                                     :
                                                 :            20-CV-2089 (VEC)
                                 Plaintiff,      :
                                                 :                 ORDER
                -against-                        :
                                                 :
CENTRISYS CAPITAL, INC.,                         :
                                                 :
                                 Defendant.      :
---------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed a Complaint on March 9, 2020 (Dkt. 1);

    WHEREAS Defendant filed a motion to dismiss the Complaint on April 29, 2020 (Dkt. 11);

    WHEREAS Plaintiff filed an Amended Complaint on May 20, 2020 (Dkt. 12);

    IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss the Complaint is dismissed as moot.

2. No later than **June 19, 2020** Defendant must answer or move against Plaintiff's Amended Complaint. If Defendant moves to dismiss the Amended Complaint, Plaintiff's opposition is due **July 3, 2020**. Defendant's reply is due **July 13, 2020**.

3. Upon a joint request by the parties, the Court will enter a referral to Magistrate Judge Freeman for a settlement conference.

    The Clerk of Court is respectfully directed to close the open motion at docket entry 11.

**SO ORDERED.**

**Date:  May 21, 2020**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**