



美国纽约州纽约市华尔街 2 号 21 层  邮政编码：10005
2 Wall Street, 21st Floor, New York, NY 10005, USA
电话/Tel：+1(212)380-8388  传真/Fax：+1(212)810-1995
网址：www.zhonglun.com

August 18, 2020

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 8/18/2020 |

**VIA ECF**

The Honorable Valerie Caproni, United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 240, Courtroom 443
New York, NY 10007

                    Wuhu Changjia Investment Fund, LLP v.
                    Centrisys Capital, Inc.
                    Case No.: 1:20-cv-02089-VEC

Dear Judge Caproni:

      This office represents defendant Centrisys Capital, Inc. in this matter. **The initial pretrial conference in this matter is presently scheduled for August 28, 2020.** As you will note from the docket, defendant Centrisys Capital, Inc. filed a motion to dismiss the plaintiff's amended complaint and the plaintiff, Wuhu Changjia Investment Fund, LLP, opposed that motion and filed a cross-motion to further amend the complaint to add two parties as defendants. The cross-motion was fully submitted yesterday, August 17, 2020, with the filing of plaintiff's cross-motion reply.

      The parties have conferred and, given the pendency of the motions, request that **the initial pretrial conference be adjourned to September 25, 2020, with the parties' joint submission due September 17, 2020**. Please note that, given prior motion practice, this conference, which was initially scheduled for April 24, 2020, has been adjourned twice previously.

      Please let us know if this extension request may be granted. Thank you.

Respectfully submitted,

Kerry J. Kaltenbach

Application GRANTED.

SO ORDERED.

KJK/

*Valerie Caproni*
8/18/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

Zhong Lun New York LLP is a New York State registered limited liability partnership.
Zhong Lun New York LLP 是在纽约州注册的有限责任合伙。