```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
WUHU CHANGJIA INVESTMENT FUND, LLP, :
a People's Republic of China limited liability     :
partnership,                                       :
                                                                                                                : 20-CV-2089 (VEC)
                                Plaintiff, :
                                                                                                                  : ORDER
              -against-                  :
                                                                                                   :
CENTRISYS CAPITAL, INC.,                           :
                                                                                                                              :
                                Defendant. :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on June 19, 2020, Defendant filed a motion to dismiss the First Amended Complaint (Dkt. 16);

      WHEREAS on July 24, 2020, Plaintiff filed a cross-motion for leave to file a Second Amended Complaint (Dkt. 20);

      WHEREAS on September 25, 2020, the parties appeared for a teleconference;

      WHEREAS on September 25, 2020, Plaintiff requested leave to further amend the complaint (*See* Dkt. 30);

      IT IS HEREBY ORDERED THAT:

1. Plaintiff's request to file a Second Amended Complaint is GRANTED. No later than **October 2, 2020**, Plaintiff must file a Second Amended Complaint. Plaintiff must include a redlined version of the Second Amended Complaint.

2. Defendant's motion to dismiss the First Amended Complaint is dismissed as moot.

      The Clerk of Court is respectfully directed to close the open motions at docket entries 16 and 20.

**SO ORDERED.**

Date:  September 25, 2020
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**